EMILY S. RYDER, as Administratrix, etc., of WALTER S. RYDER, Deceased, Respondent, v. JOHN FINDLAY, Appellant.— Motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

SAFETY NIGHT LIGHT COMPANY, INC., Appellant, v. ANTONINA MACHCINSKI and Others, Respondents.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ETHEL SCHUBERT, etc., Respondent, v. NEW YORK HIPPODROME CORPORATION, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

FREDERICK C. STURMER, Respondent, v. SAMUEL S. JONES, Appellant.— Motion denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

UNITED STATES TITLE GUARANTY COMPANY, Appellant, v. FRANK NOVOTNY, Respondent.— Motions denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

PIUS A. VAGNIER, Appellant, v. AMBROSE C. SCOULER and MARY A. FOLLMAR, Respondents.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ANDREW WAGNER, as Administrator, etc., of PAUL WAGNER, Deceased, Appellant, v. HAGERTY MOTOR TRUCKING COMPANY, INC., and RODGERS & HAGERTY, INC., Respondents, and Another, Defendant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ANDREW WAGNER, as Administrator, etc., of PAUL WAGNER, Deceased, Appellant, v. HAGERTY MOTOR TRUCKING COMPANY and RODGERS & HAGERTY, INC., Respondents, and Another, Defendant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ANDREW WAGNER, as Administrator, etc., of PAUL WAGNER, Deceased, Appellant, v. HAGERTY MOTOR TRUCKING COMPANY, INC., and RODGERS & HAGERTY, INC., Respondents, and Another, Defendant.— Motions denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.